UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESS R. SMITH,<br><br>                      Plaintiff,<br><br>     v.<br><br>THOMAS L'HEUREUX, et al.,<br><br>                      Defendants. | Case No. C18-5427-RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #24], recommending that the Court grant defendants' Thomas L'Heureux, Michael Wayman, M. Bradt, J. Amsbury, D. Dahne, K. McTarsney, and C.O. McGinnis' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(c).

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Defendants' Motion to Dismiss (Dkt. #20) is GRANTED;

(3) Plaintiff's claims against defendants Thomas L'Heureux, Michael Wayman, M. Bradt, J. Amsbury, are DISMISSED without prejudice for failure to state a claim.

(4) Plaintiff's claims against D. Dahne, K. McTarsney, and C.O. McGinnis are DISMISSED with prejudice for failure to state a claim.

(5) As plaintiff has been granted *in forma pauperis, in forma pauperis* may continue in the event of appeal. *See* Rule of Appellate Procedure 24(a)(3).

(6) The case shall proceed against the non-moving defendants Sgt. Ellis and C.U.S. Jones.

(7) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 9th day of May, 2019.

Ronald B. Leighton
United States District Judge