UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESS RICHARD SMITH,<br><br>               Plaintiff,<br>    v.<br><br>SGT. ELLIS, et al.,<br><br>               Defendants. | Case No. C18-5427-RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 39], recommending that the Court deny plaintiff's Motion for Leave to File an Amended Complaint (Dkt. 32).

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. 32) is DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 10th day of February, 2020.

 

 

_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1